| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: **March 7, 2006** |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: **11:05 - 11:09** |

√ **ARRAIGNMENT**     ❐ **CHANGE OF PLEA**     ❐ **CONSENT PLEA**
❐ **RULE 44(c) HEARING**     ❐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Rus Walker     **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06cr035-W     **DEFENDANT NAME:** Alicia F. Burrell
**AUSA:** Neal Frazier     **DEFENDANT ATTORNEY:** Christine Freeman

Type counsel ( )Waived; ( )Retained; ( )CJA; ( √ )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? ( √ )NO; ( )YES   Name:

---

❐ This is defendant's **FIRST APPEARANCE.**
❐ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
❐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
❐ **WAIVER OF INDICTMENT** executed and filed.
❐ **INFORMATION** filed.
❐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**     √ **Not Guilty**
        ❐ **Guilty as to:**
            ❐ **Count(s):**
            ❐ **Count(s):**        ❐ dismissed on oral motion of USA
                        ❐ to be dismissed at sentencing
❐ Written plea agreement filed   ❐ **ORDERED SEALED**
❐ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count
√ **MISDEMEANOR CRIMINAL TERM:**     **5/15/06**        ❐ **WAIVER OF SPEEDY TRIAL** filed.
        **DISCOVERY DISCLOSURE DATE:**        **3/7/06**
❐ **ORDER:** Defendant continued under ❐ same bond; ❐ summons; for:
        ❐ Trial on _____; ❐ Sentencing on _____
❐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
        ❐ Trial on _____; or ❐ Sentencing on _____
❐ Rule 44 Hearing:   ❐ Waiver of Conflict of Interest Form executed
            ❐ Defendant requests time to secure new counsel