# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.:2:06cr35-SRW |
| | ) | |
| ALICIA F. BURRELL | ) | |

## UNOPPOSED MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, **ALICIA F. BURRELL,** by undersigned counsel, Donnie Bethel, pursuant to 18 U.S.C. 3161 §§ (h)(8)(A) and (h)(8)(B), and respectfully moves this Court for an Order continuing this matter from the May Trial Docket. In support of this motion, the Defendant would show the following:

1. Defendant has submitted a request for pretrial diversion in this case and the Government has approved that request, pending completion of the remaining paperwork.

2. The agreement won't be finalized in time for Assistant United States Attorney Kent Brunson to dismiss the information prior to the scheduled date of jury selection, which is now set for May 15, 2006.

3. Capt Neal Frazier, the Special Assistant United States Attorney assigned to this case, concurs with Defendant's motion.

**WHEREFORE**, Defendant respectfully requests that this Motion to Continue be granted.

Dated this 2nd day of May 2006.

                                                Respectfully submitted,

                                                s/ Donnie W. Bethel
                                                DONNIE W. BETHEL
                                                Assistant Federal Defender

201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | Case No.:2:06cr35-SRW |
| | ) | |
| **ALICIA F. BURRELL** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kent Brunson, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104 and Neal B. Frazier, Esq., Special Assistant United States Attorney, HQ AU/JA, 50 LeMay Plaza South, Maxwell AFB, AL 36112.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407

Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49