## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.:2:06cr35-SRW |
| | ) | |
| ALICIA F. BURRELL | ) | |

### WAIVER OF SPEEDY TRIAL ACT

I, ALICIA F. BURRELL, the defendant in the above-styled cause, do hereby waive my rights to a speedy trial pursuant to 18 U.S.C., § 3161 et. seq. I certify to the Court that I knowingly, voluntarily, and intelligently waive these rights after full and complete explanation of each and every one of them to me by my attorney and,

WITH FULL KNOWLEDGE OF EACH OF THESE RIGHTS, I HEREBY EXPRESSLY WAIVE SUCH RIGHTS.

_9 May 2006_
DATE

_5/9/06_
DATE

_Alicia F. Burrell_
DEFENDANT

_____
ATTORNEY FOR DEFENDANT

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.:2:06cr35-SRW** |
| | ) | |
| **ALICIA F. BURRELL** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2006, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery,

Alabama 36104 and Neal B. Frazier, Esq., Special Assistant United States Attorney, HQ AU/JA,

50 LeMay Plaza South, Maxwell AFB, AL 36112.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49