**v.**                                                    )       **Case No.:2:06cr35-SRW**

Case 2:06-cr-00035-SRW   Document 15   Filed 07/05/2006   Page 1 of 1