**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                               TELEPHONE (334) 954-3600

**July 6, 2006**

## NOTICE OF DEFICIENCY

To:     Donnie Bethel

From:   Clerk's Office

Case Style:    USA vs. Alicia F. Burrell

Case Number:   2:06cr35-SRW

Referenced Pleading:   Second Motion to Continue Trial (Doc. #15)

**Second Motion to Continue trial by Alicia F. Burrell was filed electronically on 7/5/06 as Doc. #15. The PDF for this docket entry is blank. This deficiency needs to be corrected as soon as possible.**