## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.:2:06cr35-SRW |
| ) | |
| ALICIA F. BURRELL ) | |

### SECOND UNOPPOSED MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, **ALICIA F. BURRELL,** by undersigned counsel, Donnie Bethel, pursuant to 18 U.S.C. 3161 §§ (h)(8)(A) and (h)(8)(B), and respectfully moves this Court for an Order continuing this matter from the May Trial Docket. In support of this motion, the Defendant would show the following:

1. Defendant submitted a request for pretrial diversion in this case on March 30, 2006, and the Government is still completing the remaining paperwork.

2. The processing of that request will not be completed in time for Assistant United States Attorney Kent Brunson to dismiss the information prior to the scheduled date of jury selection, which is now set for July 17, 2006. Defendant and the Government anticipate that this will be the last continuance necessary to resolve this case.

3. Capt Neal Frazier, the Special Assistant United States Attorney assigned to this case, concurs with Defendant's motion.

4. The ends of justice will be served by the granting of a continuance.

**WHEREFORE**, Defendant respectfully requests that this Motion to Continue be granted.

Dated this 5th day of July 2006.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No.:2:06cr35-SRW |
| ) | |
| ALICIA F. BURRELL ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 5, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kent Brunson, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104 and Neal B. Frazier, Esq., Special Assistant United States Attorney, HQ AU/JA, 50 LeMay Plaza South, Maxwell AFB, AL 36112.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49