IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. NO. 2:06-CR-35-SRW |
| ) | |
| ALICIA F. BURRELL ) | |

## MOTION TO CONTINUE

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama to request that the trial of Alicia F. Burrell be continued. As reasons therefor, the United States submits the following:

1) On August 28, 2006, the undersigned attorney received notice from probation that Defendant Burrell was approved for pre-trial diversion.

2) A pre-trial diversion agreement has yet to be signed. Once the agreement has been signed, the undersigned attorney will move to dismiss the Information against Defendant Burrell.

Wherefore, premises considered, the United States requests that the trial of Alicia F. Burrell now scheduled for jury selection on September 11, 2006, be continued for thirty days.

Respectfully submitted this the 7th of September, 2006.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. NO. 2:06-CR-35-SRW |
| | ) | |
| ALICIA F. BURRELL | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Don Bethel.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
kent.brunson@usdoj.gov