IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OR AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-CR-35 |
| | ) | |
| ALICIA F. BURRELL | ) | |

## ORDER

Upon consideration of the Motion for Leave to Dismiss Information as to ALICIA F. BURRELL heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

Done this 2nd day of November, 2006.

_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE